DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**12 JUNE 2003**

| No. 213P03<br><br>Case below:<br><br>156 N.C. App. 512 | Terry v. PPG Indus., Inc. | Defs' PDR Under N.C.G.S. § 7A-31 (COA02-342) | Denied |
|---|---|---|---|
| No. 235P03<br><br>Case below:<br><br>157 N.C. App. 143 | Thompson v. Lee Cty. | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-711) | Denied |

## PETITIONS TO REHEAR

| No. 293PA02<br><br>Case below:<br>357 N.C. 157 | Colombo v. Stevenson | Defs' (George M. Stevenson, III and Susan Stevenson) Petition for Rehearing | Denied |
|---|---|---|---|
| No. 159A02<br><br>Case below:<br>357 N.C. 41 | Wiley v. Williamson Produce | Def's Petition for Rehearing | Denied<br>**05/27/03** |